FILED

01/13/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0588

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0588

STATE OF MONTANA,

Plaintiff and Appellee,

v.

KACEY LEE SECREASE,

Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including February 12, 2021, within which to prepare, serve, and file the State's response.

TKP

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
January 13 2021